◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KESTON BROWN, Appellant. [712 NYS2d 419] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Friedman, J.), rendered March 3, 1997, convicting him of attempted murder in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80, 85-86).

The defendant's remaining contentions are either unpre-

served for appellate review (CPLR 470.05 [2]), or without merit. Ritter, J. P., Thompson, Krausman and Goldstein, JJ., concur.